UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:22-cv-81222-AMC

NEUROSURGICAL CONSULTANTS OF
SOUTH FLORIDA, L.L.C., a Florida limited
liability company,

    Plaintiff,
vs.

BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC. d/b/a FLORIDA BLUE,

    Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW**, Nicole Martell, Esq., on behalf of Tyler Mutschler, Esq., and hereby moves for his withdrawal as counsel for Plaintiff, NEUROSURGICAL CONSULTANTS OF SOUTH FLORIDA, L.L.C., a Florida limited liability company (hereinafter "Plaintiff"), and states as follows:

    1.    Nicole Martell, Esq. of Di Pietro Partners, PLLC is currently the attorney for Plaintiff in the above referenced case.

    2.    Tyler Mutschler, Esq. of Di Pietro Partners, PLLC, individually, wishes to withdraw as counsel for Plaintiff, as he was inadvertently included on the signature block of the Complaint in this matter.

    3.    Tyler Mutschler, Esq. is not a member of the Southern District of Florida Bar, and he was not intended to be an attorney of record in this matter.

4. Notwithstanding, Nicole Martell, Esq. will remain as attorney of record for Plaintiff.

5. This Motion for Withdrawal is made in good faith and is not intended for the purpose of delay.

**WHEREFORE**, Nicole Martell, Esq., on behalf of Tyler Mutschler, Esq., respectfully requests this Court grant this Petition to Withdraw as Counsel for Plaintiff, and issue an order authorizing the withdrawal of Tyler Mutschler, Esq. as counsel of record for Plaintiff, NEUROSURGICAL CONSULTANTS OF SOUTH FLORIDA, L.L.C., a Florida limited liability company, together with such further and additional relief as this Court deems just and proper.

**Dated:** August 4, 2022.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of August 2022, a true and correct copy of the foregoing has been filed with the Clerk of the Court using CM/ECF and has been properly served by Electronic or U.S. Mail upon all parties of record.

Respectfully Submitted,

**DI PIETRO PARTNERS, PLLC**
901 East Las Olas Blvd, Suite 202
Fort Lauderdale, FL 33301
Primary Email Address:
service@ddpalaw.com
Secondary Email Address:
paralegal@ddpalaw.com
Telephone: (954) 712-3070
Facsimile: (954) 337-3824

*/s/ Nicole Martell*
**NICOLE MARTELL, ESQ.**
Florida Bar No.: 100172
nicole@ddpalaw.com